IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Selmon, Mamie V

Printed: 7/15/08

Case Number: 06 B 16062
Judge: Hollis, Pamela S

Filed: 12/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 9, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,635.00 |  |
| Secured: |  | 2,320.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,058.73 |
| Trustee Fee: |  | 255.77 |
| Other Funds: |  | 0.00 |
| Totals: | 4,635.00 | 4,635.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,638.00 | 2,058.73 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | TCF Bank | Secured | 0.00 | 0.00 |
| 4. | Fairlane Credit L.L.C. | Secured | 6,240.05 | 1,816.04 |
| 5. | Lake View Of Lynwood Condo Assn | Secured | 3,365.00 | 504.46 |
| 6. | Wells Fargo Home Mortgage | Secured | 8,604.65 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 3,411.26 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 88.52 | 0.00 |
| 9. | Bank Calumet | Unsecured | 84.85 | 0.00 |
| 10. | Lake View Of Lynwood Condo Assn | Unsecured | 18.18 | 0.00 |
| 11. | Municipal Collection Services | Unsecured | 97.50 | 0.00 |
| 12. | Fairlane Credit L.L.C. | Unsecured | 36.40 | 0.00 |
| 13. | ER Solutions | Unsecured | 57.76 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 4,160.36 | 0.00 |
| 15. | St James Hospital | Unsecured | 370.42 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 27.50 | 0.00 |
| 17. | Cornerstone Christian School | Unsecured | 26.50 | 0.00 |
| 18. | Community Hospital | Unsecured | 5.00 | 0.00 |
| 19. | Heartland Memorial Hospital | Unsecured | 212.55 | 0.00 |
| 20. | Community Hospital | Unsecured | 21.11 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 44.76 | 0.00 |
| 22. | Educational Credit Management Corp | Unsecured | 872.73 | 0.00 |
| 23. | Patients 1st ER Med Consult PC | Unsecured | 31.50 | 0.00 |
| 24. | AT&T Wireless | Unsecured | 124.83 | 0.00 |
| 25. | Wal Mart Stores | Unsecured | 30.71 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Selmon, Mamie V

Printed: 7/15/08

Case Number: 06 B 16062
Judge: Hollis, Pamela S
Filed: 12/6/06

| # | Creditor | Type | Amount | Claim |
|---|---|---|---|---|
| 26. | First Tennessee Bank | Unsecured | 428.87 | 0.00 |
| 27. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 28. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 29. | Abiodun Solola MD | Unsecured | | No Claim Filed |
| 30. | Allstate | Unsecured | | No Claim Filed |
| 31. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 32. | Midland Credit Management | Unsecured | | No Claim Filed |
| 33. | CPSI Security | Unsecured | | No Claim Filed |
| 34. | CB USA | Unsecured | | No Claim Filed |
| 35. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 36. | Carmella Barrett Perry DDS | Unsecured | | No Claim Filed |
| 37. | Charter One Bank | Unsecured | | No Claim Filed |
| 38. | Collegiate Funding Services | Unsecured | | No Claim Filed |
| 39. | Comcast | Unsecured | | No Claim Filed |
| 40. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 41. | Doug J Chung MD | Unsecured | | No Claim Filed |
| 42. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 43. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 44. | Citizens Bank | Unsecured | | No Claim Filed |
| 45. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 46. | CB USA | Unsecured | | No Claim Filed |
| 47. | ETS Teaching & Learning Division | Unsecured | | No Claim Filed |
| 48. | National Louis University | Unsecured | | No Claim Filed |
| 49. | Jiffy Lube | Unsecured | | No Claim Filed |
| 50. | James A Jones MD PC | Unsecured | | No Claim Filed |
| 51. | Isac | Unsecured | | No Claim Filed |
| 52. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 53. | American Medical Collection | Unsecured | | No Claim Filed |
| 54. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 55. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 56. | CBCS | Unsecured | | No Claim Filed |
| 57. | ICS | Unsecured | | No Claim Filed |
| 58. | SBC | Unsecured | | No Claim Filed |
| 59. | South Suburban Cardiology Assoc | Unsecured | | No Claim Filed |
| 60. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 61. | Walgreens Company | Unsecured | | No Claim Filed |
| 62. | Jonathan R O'Hara | Unsecured | | No Claim Filed |
| 63. | TeleCheck | Unsecured | | No Claim Filed |
| 64. | CPSI Security | Unsecured | | No Claim Filed |
| 65. | VHS Genesis Labs Inc | Unsecured | | No Claim Filed |
| 66. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 67. | Sally Beauty Supply | Unsecured | | No Claim Filed |
| 68. | Bally Total Fitness | Unsecured | | No Claim Filed |
| | | | $ 30,999.01 | $ 4,379.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 223.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Selmon, Mamie V

Printed: 7/15/08

Case Number:  06 B 16062
Judge:  Hollis, Pamela S
Filed:  12/6/06

```
                    6.5%              32.50
                                    _____
                                    $ 255.77
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

